UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

East Coast Sheet Metal
Fabricating Corp.

    v.                    Civil No. 12-cv-517-JL

Autodesk, Inc.

### **O R D E R**

The Plaintiff's motion for leave to file a second amended complaint (doc. no. 21) is GRANTED. The defendant's motion to dismiss the complaint (doc. no. 7) is DENIED as moot, and defendant's motion to dismiss the amended complaint (doc. no. 17) is DENIED. Even before correcting that it is a New York, and not a Massachusetts, corporation, **plaintiff had plausibly alleged standing as assignee of the patents-in-suit**. Plaintiff has also plausibly alleged an unjust enrichment claim and pled fraud with particularity.

    **SO ORDERED.**

                                                Joseph N. Laplante
                                                United States District Judge

Dated:  May 29, 2013

cc:  George C. Summerfield, Esq.
     Rolf O. Stadheim, Esq.
     Steven R. Pedersen, Esq.
     Kenneth C. Bartholomew, Esq.
     Michael S. Lewis, Esq.
     Thomas Tracy Aquilla, Esq.
     Damien R. Laplaca, Esq.
     Richard C. Nelson, Esq.