```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

East Coast Sheet Metal Fabricating
Corp., d/b/a East Coast CAD/CAM

    v.                                   Civil No. 12-cv-517-JL

Autodesk, Inc.

### SUMMARY ORDER

The defendant has moved to dismiss the plaintiff's second amended complaint, arguing--incorrectly---that the plaintiff must "factually prove" its standing to sue.  But in considering a motion to dismiss for lack of standing under Rule 12(b)(1), this court must "accept as true all well-pleaded factual averments in the plaintiff's complaint and indulge all reasonable inferences therefrom in his favor." Katz v. Pershing, LLC, 672 F.3d 64, 70 (1st Cir. 2012) (alterations omitted).  "[A] suit will not be dismissed for lack of standing if there are sufficient allegations of fact--not proof--in the complaint or supporting affidavits," Gwaltney of Smithfield, Ltd. v. Chesapeake Bay Found., Inc., 484 U.S. 49, 65 (1987) (internal quotation marks omitted; emphasis added), although a defendant may challenge the plaintiff's standing through another procedural mechanism, see id. at 65-66.  Plaintiff has met its burden, and need not respond to the motion to dismiss (document no. 28), which is DENIED.

**SO ORDERED.**

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Dated: June 11, 2013

cc: George C. Summerfield, Esq.
    Rolf O. Stadheim, Esq.
    Steven R. Pedersen, Esq.
    Kenneth C. Bartholomew, Esq.
    Michael S. Lewis, Esq.
    Thomas Tracy Aquilla, Esq.
    Damian R. Laplaca, Esq.
    Richard C. Nelson, Esq.